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

RECEIVED/1
2001 NOV 7 A 10: 16

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1266 MJD/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PHILIP WODNY,<br>Defendant,<br>REPUBLIC AUTOMOTIVE,<br>Garnishee. | AGREED FINAL ORDER IN GARNISHMENT |

The parties, the United States of America, the defendant Philip Wodny, and the garnishee Republic Automotive, agree and stipulate as follows:

1. The defendant resides at 3815 West 5th Street, Duluth, Minnesota 55807, and has a social security number of 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.

2. A judgment was entered against the defendant in this action in the amount of $16,326.10 plus interest at the rate of 6.375%, penalties and costs. A total balance due on the judgment is $17,265.61 as of July 23, 2001.

3. The garnishee, whose address is 1730 West Michigan Street, Duluth, Minnesota 55806, has in its possession, custody or control, property of the defendant in the form of wages paid to the defendant.

4. The defendant waives his right to a hearing under Section

(6)

FILED NOV 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3206 of the Federal Debt Collection Procedures Act of 1990 (FDCPA), 28 U.S.C. § 3205 and any other process to which the defendant may be entitled under the FDCPA.

5. The garnishee waives being heard in this matter and any other process to which the garnishee may be entitled under the FDCPA.

6. The defendant agrees and stipulates that his wages are subject to garnishment under 28 U.S.C. § 3205 and expressly agrees and stipulates that the entry of a Final Order in Garnishment is proper.

7. The parties therefore agree and stipulate to entry of a Final Order in Garnishment against all the non-exempt wages of the defendant. It is expressly agreed and stipulated to by the parties that the garnishee shall pay to the United States the total sum of 10% of each paycheck, which shall be withheld from the wages owed to the defendant.

8. These sums are to be applied upon the judgment rendered in this case. These payments are to continue until the debt is paid in full.

9. Checks should be made payable to the "Department of Justice" and mailed to 300 South Fourth Street, Room 600, Minneapolis, Minnesota 55415.

10. The plaintiff may pursue administrating offsets, including those by the Internal Revenue Service and the defendant

specifically consents to the offset. Any payments applied to this claim by the Internal Revenue Service as a result of tax return offsets will be credited as a payment to the existing balance and will not be included as part of the periodic payments, nor will it affect the periodic payments.

11. The defendant can at any time request an accounting of the funds garnished. However, the defendant hereby knowingly waives any rights that defendant might have under 28 U.S.C. §3205(c)(9) to any automatic accounting.

Dated: November 13, 2001

ROBERT M. SMALL
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated:

Philip Wodny

PHILIP WODNY
Defendant

Dated:

REPUBLIC AUTOMOTIVE
Garnishee

specifically consents to the offset. Any payments applied to this claim by the Internal Revenue Service as a result of tax return offsets will be credited as a payment to the existing balance and will not be included as part of the periodic payments, nor will it affect the periodic payments.

11. The defendant can at any time request an accounting of the funds garnished. However, the defendant hereby knowingly waives any rights that defendant might have under 28 U.S.C. §3205(c)(9) to any automatic accounting.

Dated:

ROBERT M. SMALL
United States Attorney

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated:

Philip Wodny
PHILIP WODNY
Defendant

Dated:

Bernie Phelps
REPUBLIC AUTOMOTIVE
Garnishee

IT IS SO ORDERED

Dated: 11/19/01

Raymond L. Erickson
Magistrate Judge, U.S. District Court

**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*
*www.usdoj.gov/usao/mn*
*(612)664-5600*

RECEIVED
01 NOV 15 PM 4:45
CLERK U.S. DIST. COURT
MINNEAPOLIS

November 7, 2001

RECEIVED
01 NOV 19 AM 9:21
CLERK U.S. DIST. COURT
DULUTH, MN

The Honorable Raymond L. Erickson
United States Magistrate Judge
412 U.S. Courthouse
515 West First Street
Duluth, MN 55802

Re: United States v. Phillip Wodny
Civil No. 00-1266 MJD/RLE

Dear Magistrate Judge Erickson:

Enclosed for your review and signature is an Agreed Final Order in Garnishment. If the Order meets with your approval, please sign and forward to the clerk of court for filing.

If you have any questions, please contact me at (612)664-5662.

Sincerely,

THOMAS B. HEFFELFINGER
United States Attorney

BY: PATTI PERPICH
Financial Litigation Agent